No. 83–1164.   PHILLIPS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–1216.   JONES ET AL. v. BERRY, DISTRICT DIRECTOR, INTERNAL REVENUE SERVICE, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–1219.   MACON TELEGRAPH PUBLISHING CO. v. ELLIOTT.   Sup. Ct. Ga.   Certiorari denied.

No. 83–1220.   FARRAH v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–1231.   TESLOVICH v. UNITED STATES; and

No. 83–1291.   SOLOMON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.   Reported below: No. 83–1231, 725 F. 2d 670; No. 83–1291, 725 F. 2d 671.

No. 83–1232.   MURRAY v. NEW MEXICO.   Ct. App. N. M. Certiorari denied.

No. 83–1237.   SANCHEZ-MARTINEZ v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.

No. 83–1242.   SUN MYUNG MOON ET AL. v. UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 83–1298.   OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION ET AL. v. DONOVAN, SECRETARY OF LABOR, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–1299.   KAHALEWAI ET AL. v. RODRIGUES (two cases). Sup. Ct. Haw.   Certiorari denied.

No. 83–1302.   NAVA v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.   Certiorari denied.

No. 83–1308.   STRICK CORP. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–1311.   OKLAHOMA EX REL. DEPARTMENT OF HUMAN SERVICES v. WEINBERGER, SECRETARY OF DEFENSE.   C. A. 10th Cir.   Certiorari denied.